

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-32,290-04

### IN RE JOSEPH ROBERT ELLIS, JR., Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. CV36715 IN THE 266TH DISTRICT COURT
### FROM ERATH COUNTY

*Per curiam*.

## O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus under this Court's original jurisdiction. He contends that he has attempted to file an application for a writ of habeas corpus in Erath County but the District Clerk refuses to accept it and file it.

The District Clerk has a ministerial duty to file Relator's habeas application. *See* Art.11.07, § 3(b); *Aranda v. Dist. Clerk,* 207 S.W.3d 785, 787 (Tex. Crim. App. 2006). However, if the Clerk did not accept the documents Relator attempted to file, it is likely that the Clerk has no documents to file at this time. Relator has no remedy apart from resending his habeas application. Therefore, leave to file this application for mandamus is denied. Relator is free to resend his Article 11.07 writ of habeas corpus to the Erath County District Clerk for filing. Should Relator resend his Article

11.07 application for writ of habeas corpus or attempt to file an Article 11.07 application in the future, the District Clerk shall accept and file it. *See* TEX. CODE CRIM. PROC. art. 11.07, § 3(b) and (c); TEX. R. APP. P. 73.4(a).

Filed: September 1, 2021
Do not publish